**Keith Gingery**
**Chief Deputy County Attorney**
WY State Bar # 6-2947
Teton County and Prosecuting Attorney's Office
P.O. Box 4068
Jackson, WY 83001
(307) 732-8611
kgingery@tetoncountywy.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| SHELBY AND VERNON SHARP,<br><br>Plaintiffs,<br><br>vs.<br><br>BOARD OF COUNTY COMMISSIONERS OF TETON COUNTY,<br><br>Defendant. | Civil Action No. 2:25-CV-00128-KHR |

**Defendant Board of County Commissioners of Teton County's
Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6)**

**COMES NOW,** the Defendant, the Board of County Commissioners of Teton County, by and through their undersigned counsel, Keith Gingery, Chief Deputy County Attorney for Teton County, Wyoming, and hereby moves to dismiss the Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

As set forth in the attached memorandum, the Plaintiffs have failed to exhaust their administrative remedies, and therefore have failed to state a claim upon which relief can be granted.

Pursuant to Local Rule 7.1(a), Defendant requests a hearing on its motion.

**DATED** the 22nd day of July 2025.

                                                  BY:    __/s/_____
                                                                     Keith Gingery, #6-2947
                                                                     Chief Deputy County Attorney
                                                                     Teton County and Pros. Att. Office
                                                                     P.O. Box 4068
                                                                     Jackson, WY  83001
                                                                     (307) 732-8611

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of July 2025, the *Motion to Dismiss* to be electronically filed with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to the following:

Austin W. Waisanen
awaisanen@pacificlegal.org

David Deerson
ddeerson@pacificlegal.org

Brian Hodges
bhodges@pacificlegal.org

/s/
Keith Gingery