**Keith Gingery**
**Chief Deputy County Attorney**
WY State Bar # 6-2947
Teton County and Prosecuting Attorney's Office
P.O. Box 4068
Jackson, WY 83001
(307) 732-8611
kgingery@tetoncountywy.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **SHELBY AND VERNON SHARP,** Plaintiffs, vs. **BOARD OF COUNTY COMMISSIONERS OF TETON COUNTY,** Defendant. | Civil Action No. 2:25-CV-00128-KHR |

### Notice Withdrawing Request for a Hearing on the Defendant's Motion to Dismiss

**COMES NOW,** the Defendant, the Board of County Commissioners of Teton County, by and through their undersigned counsel, Keith Gingery, Chief Deputy County Attorney for Teton County, Wyoming, and hereby gives notice withdrawing the request for a hearing on the Defendant's Motion to Dismiss. The Defendant has filed a Motion to Dismiss and a Memorandum in Support of the Defendant's Motion to Dismiss. The Plaintiff has filed a Response in Opposition to Defendant's Motion to Dismiss. The Defendant will not be filing a Reply and will rely on the argument made in Defendant's Memorandum in Support of Defendant's Motion to Dismiss. The

Defendant believes that both sides have adequately provided supporting citations and arguments for their respective positions through their written filings, without the need for a hearing. The Defendant had requested a hearing on its motion pursuant to Local Rule 7.1(a), and now gives notice of withdrawing that request for a hearing.

The Defendant does continue to assert that the Plaintiffs have failed to exhaust their administrative remedies, and therefore have failed to state a claim upon which relief can be granted, which is supported by the Defendant's Memorandum in Support of the Defendant's Motion to Dismiss and respectfully request that the Court dismiss the case based on a review of the written filings by both parties.

**DATED** the 22nd day of August 2025.

BY: __/s/_____
Keith Gingery, #6-2947
Chief Deputy County Attorney
Teton County and Pros. Att. Office
P.O. Box 4068
Jackson, WY  83001
(307) 732-8611

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August 2025, the *Motion to Dismiss* to be electronically filed with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to the following:

Austin W. Waisanen
awaisanen@pacificlegal.org

David Deerson
ddeerson@pacificlegal.org

Brian Hodges
bhodges@pacificlegal.org

                                                       /s/
                                                   Keith Gingery